# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-00027-LTB-MEH

MEDIA DUGGAN, an individual, and
ROBBIE BURLESON, an individual,

    Plaintiffs,

v.

NBE OF COLORADO, LLC, a Delaware limited liability company, and
TERRY SWITZER, an individual,

    Defendants.

## ORDER

THIS MATTER having come before the Court on the Notice of Dismissal of Defendant Terry Switzer Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) (Doc 10 - filed March 3, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant Terry Switzer shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              s/ Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:  March 4, 2014