## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-00027-LTB-MEH

MEDIA DUGGAN, an individual, and
ROBBIE BURLESON, an individual,

    Plaintiffs,

v.

NBE OF COLORADO, LLC, a Delaware limited liability company, and
TERRY SWITZER, an individual,

    Defendants.

___

## ORDER
___

THIS MATTER having come before the Court on the Plaintiffs' Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc 16 - filed April 2, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                          BY THE COURT:

                                                           s/ Lewis T. Babcock
                                                           Lewis T. Babcock, Judge

DATED:   April 3, 2014